FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 01, 2022**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SEIFEDDINE A. AL-KINANI,<br><br>   Defendant. | No. 4:21-CR-06042-MKD-16<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>ECF Nos. 309, 310 |

Before the Court without oral argument is Defendant's Motion to Modify Conditions of Release (ECF No. 309) and related Motion to Expedite (ECF No. 310). The motions are unopposed. *See* ECF No. 309 at 2-3.

Accordingly, IT IS HEREBY ORDERED:

1. Defendant's Motion to Expedite (**ECF No. 310**) and Motion to Modify Conditions of Release  (**ECF No. 309**) are **GRANTED**.

2. Special Condition No. 1 is **MODIFIED** to read as follows:

<u>Special Condition No. 1</u>:  Defendant shall remain in the District of Nevada except for: a) travel for attorney meetings or court appearances in the Eastern

ORDER - 1

District of Washington; and b) travel within the continental United States for employment purposes only. Defendant shall provide advance notice to the United States Probation/Pretrial Services Office before traveling to the Eastern District of Washington.

DATED February 1, 2022.

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2