# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2024

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Al-Kinani, Seifeddine A | Docket No. | 0980 4:21CR06042-MKD-16 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, SanJuanita B. Coronado, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Seifeddine A. Al-Kinani, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the court at Yakima, Washington, on the 24th day of January 2022, under the following conditions:

Standard Condition #6 (ECF No. 296): Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

Special Condition #2 (ECF No. 296): Defendant shall notify the United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment.

Modification of Release Conditions dated February 1, 2022, (ECF No. 319) Special Condition #1: Defendant shall remain in the District of Nevada except for: a) travel for attorney meetings or court appearances in the Eastern District of Washington; and b) travel within the continental United States for employment purposes only. Defendant shall provide advance notice to the United States Probation/Pretrial Services Office before traveling to the Eastern District of Washington.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On February 22, 2022, a pretrial services officer in the District of Nevada reviewed the conditions of release with the defendant as he was residing in Las Vegas, Nevada.

On March 17, 2022, to ensure a complete understanding of his release conditions, the undersigned officer again reviewed conditions of release with the defendant via a 3-way conference call, with the assistance of a certified interpreter. Mr. Al-Kinani stated he understood all the conditions and had previously also received a copy of his order of release.

Violation #1: Mr. Al-Kinani is alleged to be in violation of his conditions of pretrial release by failing to report to his pretrial services officer as directed between March 2024 to April 2024.

Mr. Al-Kinani failed to report in person to his pretrial services officer in the District of Nevada on April 1, 2024, as directed. On April 19, 2024, the supervising pretrial officer contacted Mr. Al-Kinani by phone to inquire about his living situation, truck repairs and employment. Mr. Al-Kinani advised he remained in Arizona, waiting for his truck to be repaired. As he did not have permission to remain in Arizona, he was instructed to report in person to the probation office on April 26, 2024. Mr. Al-Kinani stated he was unable to do that. The officer changed the date to April 29, 2024, and he again stated he would not be able to report that day. Mr. Al-Kinani has not reported or made himself available in person to the pretrial services office since March 1, 2024.

PS-8
Re: Al-Kinani,, Seifeddine A
April 26, 2024
Page 2

Violation #2:  Mr. Al-Kinani is alleged to be in violation of his conditions of pretrial release by failing to reside at his approved address in Las Vegas, Nevada, since on or about March 1, 2024.

As noted in violation 1, Mr. Al-Kinani reported in person to his supervising pretrial services officer in the District of Nevada on or about March 1, 2024.  After this report, he relocated to Arizona, where his semi truck was being repaired. He remained there for over 2 months without requesting permission before relocating.

Violation #3:  Mr. Al-Kinani is alleged to be in violation of his conditions of pretrial release by failing to remain in the District of Nevada as required since on or about March 1, 2024.

As noted in violation 1, Mr. Al-Kinani reported in person to his supervising pretrial services officer in the District of Nevada on or about March 1, 2024.  After this report, he relocated to Arizona, where his semi truck was being repaired. He remained there for over 2 months without requesting permission before relocating.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   April 26, 2024

by   s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

April 29, 2024
Date